Misty A. Edmundson, OSB No. 060106
Sarah E. Davenport, OSB No. 162541
Soha & Lang, P.S.
1325 Fourth Avenue, Suite 940
Seattle, WA 98101
Tel: (206) 624-1800
edmundson@sohalang.com
davenport@sohalang.com
Attorneys for Plaintiff Eagle West Insurance Company

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| EAGLE WEST INSURANCE COMPANY, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HOLIDAY TREE FARMS, INC., DIEGO GOMEZ HERNANDEZ, a Resident of Oregon, GASPAR GOMEZ HERNANDEZ, a Resident of Oregon, JUAN GOMEZ HERNANDEZ, a Resident of Oregon, NANCY DOTY INC., Personal Representative for the Estate of ANDRES ALONZO CANIL, BARTOLO LUCAS, Personal Representative for Deceased DIEGO LUCAS FELIPE, LUCAS MAURICIO ALONZO GOMEZ, decedent's son and a Resident of Oregon,<br><br>Defendants. | CASE NO. 6:23-cv-1868<br><br>NOTICE OF SETTLEMENT |

NOTICE OF SETTLEMENT – 1
USDC OR Eugene Div. Case No. 6:23-cv-1868

| | |
|---|---|
| 1<br>2 | DIEGO GOMEZ HERNANDEZ, GASPAR GOMEZ HERNANDEZ, and JUAN GOMEZ HERNANDEZ |
| 3 | Counterclaim-Plaintiffs, |
| 4 | vs. |
| 5<br>6 | EAGLE WEST INSURANCE COMPANY, a California corporation, |
| 7 | Counterclaim-Defendants. |
| 8<br>9<br>10 | NANCY DOTY INC., Personal Representative for the Estate of ANDRES ALONZO CANIL, and LUCAS MAURICIO ALONZO GOMEZ, |
| 11 | Counterclaim-Plaintiff, |
| 12 | vs. |
| 13 | EAGLE WEST INSURANCE COMPANY, a California corporation, |
| 14 | Counterclaim-Defendant. |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and LCR 41, the Parties, by and through their counsel of record, hereby notify the Court that they have reached a tentative global settlement in this matter and other related underlying lawsuits. The Parties request that the Court vacate all pending deadlines and hearings and retain jurisdiction over this case until all duties required under the subject settlement agreement can be fully performed. It is estimated that all duties will be fully performed by May 15, 2025. Upon completion of all duties to be performed under the settlement agreement, a joint stipulation of dismissal with prejudice will be filed with this Court.

NOTICE OF SETTLEMENT – 2
USDC OR Eugene Div. Case No. 6:23-cv-1868

1  DATED this 11th day of March 2025.

2  SOHA & LANG, P.S.

3  *s/ Sarah E. Davenport*
   Misty A. Edmundson, OSB No. 060106
4  Sarah E. Davenport, OSB No. 162541
   edmundson@sohalang.com;
5  davenport@sohalang.com
   *Attorneys for Plaintiff Eagle West Insurance*
6  *Company*

7  FOREMAN STURM & THEDE LLP

8  *s/ Nicholas A. Thede (authorized by email 3/10/25*
   Nicholas A. Thede, OSB No. 075460
9  Kyle a. Sturm, OSB No. 080214
   nick.thede@foremansturm.com;
10 kyle.sturm@foremanstrum.com
   *Attorneys for Defendant Holiday Tree Farms, Inc.*

11
   SPOONER STAGGS TRIAL LAWYERS
12
   *s/ Ralph C. Spooner (authorized by email 3/10/25*
13 Ralph C. Spooner, OSB No. 732880
   David E. Smith, OSB No. 124591
14 ralph@spoonerstaggs.com;
   dave@spoonerstaggs.com
15
   OREGON LAW CENTER
16
   Julie Samples, OSB No. 014025
17 jsamples@oregonlawcenter.org

18 Michael B. Dye, OSB No. 700423
   michaelbdye@yahoo.com
19 *Attorneys for Defendants Diego Gomez*
   *Hernandez, Gaspar Gomez Hernandez, and Juan*
20 *Gomez Hernandez*

21

22

23

NOTICE OF SETTLEMENT – 3
USDC OR Eugene Div. Case No. 6:23-cv-1868

MILLER INSURANCE LAW, LLC

<u>s/ W. Blake Mikkelsen (authorized by email 3/10/25</u>
W. Blake Mikkelsen, OSB No. 074604
blake@millerinsurancelaw.com

PICKETT DUMMIGAN WEINGART, LLP

J. Randolph Pickett, OSB No. 721974
R. Brendan Dummigan, OSB No. 932588
Kyle T. Sharp, OSB No. 204886
Rachel M. Jennings, OSB No. 205474
Mayra A. Ledesma, OSB No. 183942
randy@pdw.legal; brendan@pdw.legal;
kyle@pdw.legal; rachelj@pdw.legal;
mayra@pdw.legal.com
*Attorneys for Defendants Nancy Doty, Inc. and Lucas Mauricio Alonzo Gomez*

PATERNOSTER FARNELL & GREIN, LLP

<u>s/ B. Parker Jones (authorized by email 3/10/25)</u>
Michael E. Farnell, OSB No. 922966
B. Parker Jones, OSB No. 191163
mfarnell@pfglaw.com; pjones@pfglaw.com
*Attorneys for Defendant Bartolo Lucas, Personal Representative for Deceased Diego Lucas Felipe*

NOTICE OF SETTLEMENT – 4
USDC OR Eugene Div. Case No. 6:23-cv-1868

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101
(206) 624-1800 | FAX (206) 624-3585