UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| EAGLE WEST INSURANCE COMPANY, *a California corporation*,<br><br>    Plaintiff,<br><br>v.<br><br>HOLIDAY TREE FARMS, INC.; DIEGO GOMEZ HERNANDEZ, *a Resident of Oregon*; GASPAR GOMEZ HERNANDEZ, *a Resident of Oregon*; JUAN GOMEZ HERNANDEZ, *a Resident of Oregon*; NANCY DOTY INC., *Personal Representative for the Estate of ANDRES ALONZO CANIL*; BARTOLO LUCAS, *Personal Representative for Deceased DIEGO LUCAS FELIPE*; LUCAS MAURICIO ALONZO GOMEZ, *decedent's son and a Resident of Oregon*,<br><br>    Defendants. | Case No. 6:23-cv-01868-MTK<br><br>**JUDGMENT** |

**KASUBHAI,** United States District Judge:

Based on the record, IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice and without costs, disbursements or attorney fees being allowed to any party.

DATED this 25th day of July 2025.

s/ Mustafa T. Kasubhai<br>
MUSTAFA T. KASUBHAI (He / Him)<br>
United States District Judge

Page 1 — JUDGMENT